UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>Plaintiff,<br><br>v.<br><br>UNUM PROVIDENT CORPORATION; PAUL REVERE LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE COMPANY<br>Defendants | CIVIL ACTION – LAW<br><br>NO. 1:CV-01-1157<br><br>JUDGE KANE<br><br>JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
FEB 13 2002
MARY E. D'ANDREA, CLERK
Per _____

### MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY

NOW COMES, Plaintiff, Vincent Mazzamuto, by and through his attorney, Richard C. Angino and Angino & Rovner, P.C., pursuant to Local Rule 7.5 and this Court's Case Management Order dated October 25, 2001, and respectfully requests this Honorable Court to extend all deadlines established in this case by three months and in support thereof Plaintiff states:

1. By Order of October 25, 2001, this Court entered a Case Management Order which sets forth a close of fact discovery deadline of March 15, 2002, a trial date of August 5, 2002.

2. The October 25, 2001 Order further provides:

c. All written requests for continuance of discovery deadlines or trial shall be signed by counsel in conformity with the Civil Justice Reform Act of 1990, 28

U.S.C. §473(b)(3). Furthermore, all requests for extensions of discovery deadline must be made at least thirty (30) days prior to the expiration of the discovery period.

3.  The parties have exchanged disclosures prescribed in Rule 26 of the Federal Rules of Civil Procedure.

4.  Plaintiffs have propounded one set each of Interrogatories and Request for Production to which Defendants largely objected.

5.  Due to the press of other business and change of personnel in plaintiff's counsel's office, the discovery deadline originally fixed by this Court cannot be met.

6.  Plaintiff's counsel has contacted counsel for Defendants in an attempt to schedule depositions commencing the last week of February 2002.

7.  It appears unlikely at this time that the parties can complete fact discovery by the March 15, 2002 deadline set by the Court.

8.  Plaintiff respectfully requests this Honorable Court to extend all deadlines indicated in the October 25, 2001 Order by 3 months, so that the close of fact discovery would occur June 15, 2001, and trial commence November 5, 2002, with corresponding 3-month delays in the remaining deadlines.

9.  Because the reasons for the extension request are fully set forth herein, in accordance with Local Rule 7.5, Plaintiff will not file a brief unless ordered to do so by the Court.

WHEREFORE, Plaintiff respectfully requests that this Court extend all deadlines for discovery and for trial, with corresponding extension to the other deadlines imposed in the Court's October 25, 2001 Order by 3 months.

Respectfully submitted,

_____
Vincenzo Mazzamuto, Plaintiff

ANGINO & ROVNER, P.C.

_____
Richard C. Angino, Esquire
I.D. No. 07140
4503 N. Front Street
Harrisburg, PA 17110
(717) 238-6791
Attorney for Plaintiff

Date: 2/13/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>    Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION; PAUL REVERE LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE COMPANY<br>    Defendants | JUDGE KANE<br><br>JURY TRIAL DEMANDED |

### CERTIFICATE OF CONCURRENCE/NONCONCURRENCE

On February 11, 2002, I contacted Kirk L. Wolgemuth seeking concurrence/noncurrence in the foregoing Motion. Mr. Wolgemuth has not responded.

*Joan L. Stehulak*

Joan L. Stehulak, Esquire

## CERTIFICATE OF SERVICE

I, Richard C. Angino, Esquire, hereby certify that a true and correct copy of the foregoing MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY was served by United States first-class mail, postage prepaid, upon the following:

E. Thomas Henefer, Esquire
Stevens & Lee
111 North Sixth Street
P. O. Box 679
Reading, PA  19603-0679
    Counsel for Paul Revere Life Insurance Company and New York Life Insurance Company

_____
Richard C. Angino

Dated: 2/13/02