IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>Plaintiff<br><br>v.<br><br>UNUM PROVIDENT CORPORATION,<br>PAUL REVERE LIFE INSURANCE CO.,<br>and NEW YORK LIFE INSURANCE CO.,<br>Defendants | CIVIL ACTION NO.<br>1:CV-01-1157<br><br>Judge Kane |

**O R D E R**

FILED
HARRISBURG
FEB 2 8 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

AND NOW this 28th day of February, 2002, **IT IS HEREBY ORDERED THAT** plaintiff's motion for enlargement of time for discovery (doc. 12) is **GRANTED. IT IS FURTHER ORDERED** that the case management deadlines established in this court's order dated October 25, 2001 is **AMENDED** as follows:

| | |
|---|---|
| Close of Fact Discovery: | June 14, 2002 |
| Report of Experts: | June 28, 2002 |
| Response Reports to Experts Report: | July 12, 2002 |
| Dispositive Motions and Supporting Briefs Due: | August 10, 2002 |
| Local Rule 16.3 Attorney Conference and Exchange of Proposed jury Instructions: On or before: | September 27, 2002 |
| Motions In Limine Due: | October 4, 2002 |
| Pretrial Memoranda Due: | October 18, 2002 |
| Pretrial and Settlement Conference: | October 21, 2002 - 10:00 a.m. |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions Due: | October 30, 2002 |
| Jury Selection and Trial: | November 4, 2002 - 9:30 a.m. |

_____
Yvette Kane
United States District Judge