**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO,<br>        Plaintiff, | : <br> : | CIVIL ACTION<br>NO. 1:CV-01-1157 |
| v. | : | |
| UNUM PROVIDENT<br>CORPORATION, et al.,<br>        Defendants | :<br>:<br>: | JUDGE KANE |

FILED
HARRISBURG, PA

JUL 3 1 2002

MARY E. D'ANDREA, CLE
Per _____

### DEFENDANTS' MOTION FOR AUTHORIZATION TO EXCEED THE FIFTEEN PAGE LIMITATION

The Defendants, UNUM Provident Corporation, Paul Revere Life Insurance Company and New York Life Insurance Company ("UNUM") hereby move this Court for permission to file a Brief in Support of Motion for Summary Judgment and a Brief in Support of Motion in Limine that exceeds the fifteen (15) page limit set forth by Local Rule 7.8(b). Counsel for the Defendants has

1

discussed this matter with counsel for the Plaintiff and he does not object to this Motion. This Motion is necessary because the Motion for Summary Judgment and Motion in Limine involve many complex issues.

        Respectfully submitted,

        Stevens & Lee

        By: _____
           E. Thomas Henefer
           Attorney I.D. No. 55773
           Kirk L. Wolgemuth
           Attorney I.D. No. 45792
           111 North Sixth Street
           P.O. Box 679
           Reading, Pennsylvania  19603
           (610) 478-2000

        Attorneys for Defendants UNUM Provident Corporation, Paul Revere Insurance Company, and New York Life Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-01-1157 |
| | : | |
| v. | : | |
| | : | |
| UNUM PROVIDENT | : | JUDGE KANE |
| CORPORATION, et al., | : | |
| Defendants | : | |

### DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR PERMISSION TO EXCEED THE FIFTEEN PAGE BRIEF LIMITATION

## I. INTRODUCTION

This case involves a claim for breach of contract and bad faith under Pennsylvania law as a result of Defendants', UNUM Provident Corporation, Paul Revere Life Insurance Company and New York Life Insurance Company ("UNUM"), decision to deny a claim for long-term disability benefits under a policy issued to the Plaintiff. The Plaintiff filed a breach of contract claim and a bad faith claim under Pennsylvania law. Defendants intend to move for summary judgment with respect to Plaintiff's claims for bad faith and breach of contract. In addition, the Defendants intend to file a Motion in Limine to preclude the expert testimony of Plaintiff's expert, Gordon K. Rose, C.L.U. and any potential testimony from Dr. Douglas Bower. Although a brief is not required where counsel has concurred in the motion, a very limited statement of the reasons for the request are set forth below. Local Rule 7.5.

## II.  ARGUMENT

Local Rule 7.8(b) requires a party to file a motion seeking authorization to exceed the 15-page brief limitation set forth in that Rule.  As noted above, counsel for the Plaintiff does not object to Defendant's Motion and, indeed, Defendant has indicated to Plaintiff that they will not object to Plaintiff exceeding the 15-page limitation in any reply to the within motions.

Defendants intend to file a Motion for Summary Judgment in this Matter with respect to Plaintiff's contractual claims and his claim under Pennsylvania's bad faith law.  Because the issues are complex, Defendants are requesting that they be allowed to file a brief not to exceed 40 pages.  Similarly, Defendants intend to file a Motion in Limine to preclude the testimony of Defendant's expert witness on bad faith, Gordon Rose, C.L.U., and a Motion in Limine to preclude the possible testimony of Dr. Douglas Bower, because he is not qualified to testify nor identified as an expert witness in this case.  These issues are complex and Defendants seek permission to file a brief not to exceed 40 pages with respect to this Motion.

## III. CONCLUSION

Based upon the above, the Defendants respectfully request that the Court grant its Motion to exceed the 15-page limit with respect to Defendant's Motion for Summary Judgment and Motion in Limine.

Respectfully Submitted,

STEVENS & LEE

By: _____
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
(610) 478-2000

Attorneys for Defendants UNUM Provident Corporation, Paul Revere Insurance Company, and New York Life Insurance Company

# CERTIFICATE OF SERVICE AND CONCURRENCE

I, KIRK L. WOLGEMUTH, ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing Defendants' Motion for Authorization to Exceed the Fifteen Page Limitation and Brief in Support thereof upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

> Richard C. Angino, Esquire
> 4503 North Front Street
> Harrisburg, PA 17110-1708

I also certify that Plaintiff's counsel has concurred in this Motion.

_____
Kirk L. Wolgemuth

Date: July 30, 2002