IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MASSAMUTO | : | CIVIL ACTION NO.: |
| Plaintiff | : | 1:CV-01-1157 |
| | : | |
| v. | : | Judge Kane |
| | : | |
| UNUM PROVIDENT CORPORATION, et al. | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 2nd day of August, 2002, based upon Defendants' Motion for Permission to Exceed the Fifteen-Page Limitation on Briefs, Plaintiff's agreement thereto, **IT IS HEREBY ORDERED** that Defendants may file a Brief in Support of its Motion for Summary Judgment and a Brief in Support of its Motion in Limine each not to exceed **thirty (30) pages** in length.

Yvette Kane
United States District Judge