2 To G



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | Case No. 1:01-CV-1157 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| UNUM PROVIDENT CORPORATION, PAUL REVERE LIFE INSURANCE COMPANY and NEW YORK LIFE INSURANCE COMPANY, | : | JUDGE KANE |
| Defendants | : | |

**DEFENDANTS' APPENDIX
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**VOLUME I**

STEVENS & LEE
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
(610) 478-2000

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, E. THOMAS HENEFER, ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing Appendix In Support of Defendant's Motion for Summary Judgment upon the following counsel of record, by hand delivery as follows:

>Richard C. Angino, Esquire
>Angino & Rovner, P.C.
>4503 N. Front Street
>Harrisburg, PA 17110

*E. Thomas Henefer* (signature)

Date: 8/9/02