# ANGINO & ROVNER, P.C.

8-14-02

4503 NORTH FRONT STREET
HARRISBURG, PA 17110-1708

717/238-6791
FAX 717/238-5610

WWW.ANGINO-ROVNER.COM
E-MAIL:    RCA@ANGINO-ROVNER.COM

| | |
|---|---|
| RICHARD C. ANGINO | MICHAEL E. KOSIK |
| NEIL J. ROVNER | RICHARD A. SADLOCK |
| JOSEPH M. MELILLO | JOSEPH M. DORIA |
| TERRY S. HYMAN | JAMES DECINTI |
| DAVID L. LUTZ | JOAN L. STEHULAK |

August 9, 2002

The Honorable Yvette Kane
United District Court for the
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

**FILED
HARRISBURG**

AUG 1 4 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Re:    *Mazzamuto v. Paul Revere*
       No. 1:CV-01-1157

Dear Judge Kane:

I have just been notified by the Supreme Court of Pennsylvania that argument in <u>Tucker, et al. v. Philadelphia Daily News, et al.</u>, No. 47 EAP 2001 is scheduled for October 21, 2002, at 9:00 a.m. in Philadelphia. Copy of notice enclosed. This date conflicts with the pretrial and settlement conference in the above-captioned matter, which is scheduled for October 21, 2002, at 10:00 a.m. in Harrisburg. Because I am lead counsel in both cases, I am requesting that the Mazzamuto pretrial and settlement conference be rescheduled to another date and time.

If you have any question, please contact the undersigned.

Very truly yours,

Richard C. Angino

RCA/sc
Enclosure
cc:    E. Thomas Henefer, Esquire (w/encl.)

249389.1\RCA\SC