IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO | : | CIVIL ACTION NO. |
| | : | 1:CV-01-1157 |
| Plaintiff | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| UNUM PROVIDENT CORPORATION; | : | |
| PAUL REVERE LIFE INSURANCE COMPANY; | : | FILED |
| and NEW YORK LIFE INSURANCE | : | HARRISBURG |
| COMPANY | : | |
| | : | AUG 1 4 2002 |
| Defendant | : | MARY E. D'ANDREA, CLERK |
| | | Per_____ |
| | | DEPUTY CLERK |

## ORDER

AND NOW, this 14th day of August, 2002, **IT IS HEREBY ORDERED THAT** the Pretrial Conference scheduled for October 21, 2002, at 10:00 a.m. is **RESCHEDULED** to October 24, 2002, at 10:00 a.m., to be held in the Chambers of Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

Yvette Kane
United States District Judge