

29
8-21-02
isc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | Case No. 1:01-CV-1157 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| UNUM PROVIDENT | : | |
| CORPORATION, PAUL | : | |
| REVERE LIFE INSURANCE | : | JUDGE KANE |
| COMPANY and NEW YORK | : | |
| LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendants | | |

FILED
HARRISBURG, PA
AUG 2 0 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## DEFENDANTS' SUPPLEMENTAL APPENDIX
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT CONTAINING
## AFFIDAVIT OF MELISSA A. MULRY

STEVENS & LEE
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
(610) 478-2000

Attorneys for Defendants

SL1 281075v1/10305.060

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO,<br>　　　　　Plaintiff | : | Case No. 1:01-CV-1157 |
| v. | : | |
| UNUM PROVIDENT<br>CORPORATION, PAUL REVERE<br>LIFE INSURANCE COMPANY and<br>NEW YORK LIFE INSURANCE<br>COMPANY,<br>　　　　　Defendants | : | JUDGE KANE |

## AFFIDAVIT

I, Melissa A. Mulry, being first duly sworn, depose and state as follows:

1. This affidavit is based on my personal knowledge and is submitted in support of Defendant's motion for summary judgment in the above-referenced case.

2. I am a Claims Representative for UNUMProvident Corporation. I have been employed by UNUMProvident Corporation (hereinafter, "UNUM") or its predecessors for approximately 4 years.

3. In carrying out my responsibilities for UNUM, I have become familiar with UNUM's procedures for the maintenance of claim files and similar documents in connection with claims processing and administering claims and am personally familiar with the claim file in the above-referenced case.

4. A true and correct copy of the claim file maintained by UNUM in connection with Mr. Mazzamuto's claim for benefits has been filed with the Court as part of the appendix in support of the motion for summary judgment and Bates stamped pages NYLCL 1 through 563. The claim file also includes several pages which were in the claim file but inadvertently not numbered and several more legible duplicates of certain numbered pages.

SL1 284506v1/10305.060

5.  All of the records contained in the appendix in support of the motion for summary judgment are records prepared and/or maintained by UNUM in the regular course of its business.

*Melissa A. Mulry*
Melissa A. Mulry

Sworn to and subscribed
before me this 15th day
of August, 2002.

_____
Notary Public

DAWN L. DuVERGER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 28, 2008

SL1 284506v1/10305.060

## CERTIFICATE OF SERVICE

I, E. THOMAS HENEFER, ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing Supplemental Appendix In Support of Defendant's Motion for Summary Judgment upon the following counsel of record, by hand delivery as follows:

>Richard C. Angino, Esquire
>Angino & Rovner, P.C.
>4503 N. Front Street
>Harrisburg, PA 17110

*E. Thomas Henefer* (signature)

Date: 8/19/02