

ORIGINAL

FILED
HARRISBURG, PA

AUG 2 3 2002

MARY E
Per
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| VINCENZO MAZZAMUTO,<br>     Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION;<br>PAUL REVERE LIFE INSURANCE<br>COMPANY; and NEW YORK LIFE<br>INSURANCE COMPANY<br>     Defendants | JUDGE KANE<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

Plaintiff, by and through his attorney, Angino & Rovner, P.C., respectfully requests this Honorable Court for permission to exceed the page limit for Plaintiff's Brief in opposition to defendants' motion for summary judgment.

1.     On August 9, 2002, Defendants served their Motion for Summary Judgment and supporting brief.

2.     Defendants had requested permission of this Court to exceed the page limit.

3.     The Court granted Defendants' leave to file a supporting brief not to exceed 30 pages.

4.     The deadline for filing Plaintiff's response to Defendants' motion for summary judgment is Monday, August 26, 2002.

5.     In light of Your Court's Order permitting Defendants to file a 30-page brief, Plaintiff's counsel requests similar treatment. requires more than 15 pages in brief in order to respond to the motion.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to permit Plaintiff to file a brief in opposition to defendants' motion for summary judgment in excess of 15 pages but not in excess of 30 pages.

Respectfully submitted,

ANGINO & ROVNER, P.C.

Richard C. Angino, Esquire
I.D. No. 07140
Joan L. Stehulak, Esquire
I.D. No. 29496
4503 N. Front Street
Harrisburg, PA 17110
(717) 238-6791
Attorney for Plaintiff

Date:  8/23/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>    Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION;<br>PAUL REVERE LIFE INSURANCE<br>COMPANY; and NEW YORK LIFE<br>INSURANCE COMPANY<br>    Defendants | JUDGE KANE<br><br>JURY TRIAL DEMANDED |

## <u>CERTIFICATE OF CONCURRENCE</u>

This is to certify that Kirk Wolgemuth, counsel for Defendants was contacted on

August 22, 2002, and concurs in this request.

Respectfully submitted,

ANGINO & ROVNER, P.C.

Richard C. Angino, Esquire
I.D. No. 07140
Joan L. Stehulak, Esquire
I.D. No. 29496
4503 N. Front Street
Harrisburg, PA 17110
(717) 238-6791
Attorney for Plaintiff

Date: 8/23/02

## CERTIFICATE OF SERVICE

I, Richard C. Angino, Esquire, hereby certify that a true and correct copy of the foregoing

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**  was served by United States first-

class mail, postage prepaid, upon the following:

E. Thomas Henefer, Esquire
Stevens & Lee
111 North Sixth Street
P. O. Box 679
Reading, PA  19603-0679
     Counsel for Paul Revere Life Insurance Company and New York Life Insurance
     Company

                                Richard C. Angino

Dated:  8/23/02