UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>     Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION;<br>PAUL REVERE LIFE INSURANCE<br>COMPANY; and NEW YORK LIFE<br>INSURANCE COMPANY<br>     Defendants | JUDGE KANE<br><br>JURY TRIAL DEMANDED |

FILED
HARRISBURG
SEP - 5 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

ORDER

AND NOW, this 3rd day of ~~August~~ Sept, 2002, Plaintiff's Motion to Exceed Page Limit is granted. Plaintiff may file a brief in opposition to Defendants' motion for summary judgment not to exceed 30 pages.

By the Court,

_____, J.