

44
9-16-0
SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO,<br>Plaintiff, | : | CIVIL ACTION<br>NO. 1:CV-01-1157 |
| v. | : | |
| UNUM PROVIDENT<br>CORPORATION, et al.,<br>Defendants | : | JUDGE KANE |

FILED
HARRISBURG, PA
SEP 13 2002
MARY E. D'ANDREA, CLERK
Per _____ 

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR EXPERT REPORTS

Defendants UNUMProvident Corporation, Paul Revere Life Insurance Company and New York Life Insurance Company ("Defendants") hereby respond in opposition to plaintiff's motion for leave to extend the deadline for submission of expert reports.

Plaintiff's motion should be denied for the reasons set forth in the accompanying brief which is incorporated herein in its entirety including that (1) the deadline for identification of expert witnesses has passed and the late designation of an expert roughly one month before trial would be unduly prejudicial to defendants; and (2) the proposed expert testimony would be inadmissible.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law, Defendants respectfully request this Court to

ST1 289813v1/10305.060

deny Plaintiff's motion to extend the deadline for expert reports.

Dated: September, 13, 2002        STEVENS & LEE

By _____
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
(610) 478-2000

Attorneys for Defendants UNUM Provident Corporation, Paul Revere Insurance Company, and New York Life Insurance Company

## CERTIFICATE OF SERVICE

I, E. Thomas Henefer, Esquire, certify that on this date, I served a certified true and correct copy of the foregoing Response and Memorandum of Law upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

>Richard C. Angino, Esquire
>4503 North Front Street
>Harrisburg, PA  17110-1708

*E. Thomas Henefer*
E. Thomas Henefer

Date:  September 13, 2002

SL1 289813v1/10305.060