# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, <br>     Plaintiff, | : <br> : <br> : | CIVIL ACTION <br> NO. 1:CV-01-1157 |
| v. | : <br> : | |
| UNUM/PROVIDENT <br> CORPORATION, et al., <br>     Defendants | : <br> : <br> : | JUDGE CONNER |

**FILED**
HARRISBURG, PA

OCT 0 3 2002

MARY E. D'ANDREA, CLE
Per _____
    Deputy Clerk

## DEFENDANTS' MOTION IN LIMINE

Defendants UNUMProvident Corporation, Paul Revere Life Insurance Company and New York Life Insurance Company ("Defendants") hereby move in limine to exclude the following evidence from trial:

(1) Plaintiff's receipt of Social Security Disability benefits;

(2) the testimony of, or evidence concerning, Dr. Patrick McSharry;

(3) the testimony of, or report of, Dr. Schneider;

(4) correspondence between counsel; and

(5) evidence of the waiver of life insurance premiums by New York Life.

Defendants' motion should be granted for the reasons set forth in Defendants' Memorandum of Law in Support of this motion, which is incorporated herein in its entirety.

1

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law, Defendants respectfully request this Court to grant their motion in limine.

Dated: October 2, 2002            STEVENS & LEE

By *E. Thomas Hennefer*
E. Thomas Hennefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
(610) 478-2000

Attorneys for Defendants UNUM Provident Corporation, Paul Revere Insurance Company, and New York Life Insurance Company

## CERTIFICATE OF NON-CONCURRENCE

I, E. Thomas Henefer, Esquire certify pursuant to Local Rule 7.1 that plaintiff's counsel does not concur in the foregoing motion.

E. Thomas Henefer

Dated: October 2, 2002

## CERTIFICATE OF SERVICE

I, E. THOMAS HENEFER, ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing Motion upon the following counsel of record, via Federal Express, addressed as follows:

>Richard C. Angino, Esquire
>4503 North Front Street
>Harrisburg, PA  17110-1708

*E. Thomas Henefer*
E. Thomas Henefer

Date:  October 2, 2002