ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-01-1157 |
| v. | : | |
| UNUM PROVIDENT CORPORATION, et al., | : | JUDGE CONNER |
| Defendants | : | |

FILED
HARRISBURG, PA
OCT 0 3 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### DEFENDANTS' MOTION IN LIMINE TO BIFURCATE THE TRIAL

Defendants UNUM Provident Corporation, Paul Revere Life Insurance Company and New York Life Insurance Company ("UNUM") hereby move in limine for an order to bifurcate the trial.

Defendants seek to bifurcate the trial on the issues of defendants' net worth and plaintiff's claim for punitive damages to avoid unnecessary prejudice to Defendants.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law in support of this Motion, Defendants respectfully request this Court to grant their Motion in Limine to bifurcate the trial

1

on the issues of defendants' net worth and plaintiff's claim for punitive damages.

Dated: October 2, 2002      STEVENS & LEE

By *E. Thomas Henefer* (signature)
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
(610) 478-2000

Attorneys for Defendants UNUM Provident
Corporation, Paul Revere Insurance Company,
and New York Life Insurance Company

## CERTIFICATE OF NON-CONCURRENCE

I, E. Thomas Henefer, Esquire certify pursuant to Local Rule 7.1 that plaintiff's counsel does not concur in the foregoing motion.

_____
E. Thomas Henefer

Dated: October 2, 2002

# CERTIFICATE OF SERVICE

I, E. THOMAS HENEFER, ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing Defendant's Motion to Bifurcate upon the following counsel of record, via Federal Express, addressed as follows:

>   Richard C. Angino, Esquire
>   4503 North Front Street
>   Harrisburg, PA  17110-1708

*E. Thomas Henefer*
E. Thomas Henefer

Date:  October 2, 2002