IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCENZO MAZZAMUTO,** | : CIVIL ACTION NO. 1:01-CV-1157 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **UNUM PROVIDENT CORPORATION, PAUL REVERE LIFE INSURANCE COMPANY; NEW YORK LIFE INSURANCE COMPANY,** | : FILED HARRISBURG, PA OCT 0 4 2002 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |
| Defendants | : |

## ORDER

AND NOW this 4th day of October, 2002, it is hereby ORDERED that the Pre-Trial Conference scheduled for October 24, 2002 is cancelled and this matter is removed from the November trial list. However, in lieu of the Pre-Trial Conference, the Court will hold a status conference <u>by telephone</u> on **October 24, 2002 at 10:00 a.m.** The purpose of the status conference is to establish new dates for the Pre-Trial Conference and the trial of this matter. Trial counsel are expected to participate in the conference. Plaintiff's counsel shall initiate the conference call (the Court's telephone number is 717/221-3945).

CHRISTOPHER C. CONNER
United States District Judge