

2-to CV

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>　　Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION;<br>PAUL REVERE LIFE INSURANCE<br>COMPANY; and NEW YORK LIFE<br>INSURANCE COMPANY<br>　　Defendants | JUDGE CONNER<br><br>JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
OCT 0 9 2002
MARY E. D'ANDREA, CLE
Per _____
　　Deputy Clerk

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION IN LIMINE TO BIFURCATE TRIAL

Plaintiff does not object to bifurcating the issues of Defendants' net worth and punitive damages. Plaintiff suggests the Court submit first the issue of the disability policy with appropriate charge and then the issues of "bad faith," "punitive damages," and "net worth" with separate jury charge.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　ANGINO & ROVNER, P.C.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Richard C. Angino, Esquire
　　　　　　　　　　　　　　I.D. No. 07140
　　　　　　　　　　　　　　4503 N. Front Street
　　　　　　　　　　　　　　Harrisburg, PA 17110
　　　　　　　　　　　　　　(717) 238-6791
　　　　　　　　　　　　　　Attorney for Plaintiff

Date: 10/9/02

## CERTIFICATE OF SERVICE

I, Joan L. Stehulak, Esquire, hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION IN LIMINE TO BIFURCATE TRIAL** was served by United States first-class mail, postage prepaid, upon the following:

E. Thomas Henefer, Esquire
Stevens & Lee
111 North Sixth Street
P. O. Box 679
Reading, PA  19603-0679
    Counsel for Paul Revere Life Insurance Company and New York Life Insurance Company

                                                                                 Joan L. Stehulak

Dated: 10/9/02