

cc: ct chmdep

#64
10/24/02
km

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE: **VINCENZO MAZZAMUTO V. UNUM PROVIDENT CORPORATION, et al.**
NO. 1:01-CV-1157

DATE: October 24, 2002 @ 10:00 a.m.

Honorable Christopher C. Conner presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **TELEPHONE CONFERENCE**

Time Commenced: 10:04 am          Time Terminated: 10:08 am

FILED
HARRISBURG, PA
OCT 24 2002
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

**PLAINTIFF: APPEARANCES**

Richard Angino

**DEFENDANT: APPEARANCES**

E. Thomas Henefer

## REMARKS

Brief telephone conference to discuss revisions to pretrial/trial schedule. Order to follow.

Kimberly A. McKinney
**Kimberly A. McKinney**
**USDC Deputy Clerk**

— N/A —
**Court Reporter**