

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION NO. 1:01-CV-1157 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| UNUM PROVIDENT CORPORA- | : | |
| TION, PAUL REVERE LIFE | : | |
| INSURANCE COMPANY and NEW | : | |
| YORK LIFE INSURANCE | : | |
| COMPANY, | : | |
| Defendants | : | |



### ORDER

AND NOW, this 24TH day of October 2002, following a telephone conference with counsel, it is hereby ORDERED that the pretrial/trial schedule dates and deadlines set forth in this Court's prior orders are revised, as follows:

1. Pretrial memoranda shall be filed on or before **Wednesday, February 5, 2003**.

2. Joint Jury Instructions with objections and proposed voir dire questions are due on or before **Wednesday, February 5, 2003**.

3. The final pretrial conference will be held on **Wednesday, February 12, 2003, at 11:00 a.m., in Courtroom No. 2, Ninth Floor, Federal Building, Harrisburg, Pennsylvania**.

4. Trial in this case will take place in **March 2003**, with jury selection commencing on **Monday, March 3, 2003, at 9:30 a.m., in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, in Harrisburg, Pennsylvania**.

CHRISTOPHER C. CONNER
United States District Judge