FILED
HARRISBURG, PA

OCT 28 2002

MARY E. D'ANDREA, CLERK
per _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO, | CIVIL NO.1:CV-01-1157 |
| **Plaintiff** | |
| v. | (Judge Conner) |
| UNUM PROVIDENT CORPORATION; PAUL REVERE LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE COMPANY | |
| **Defendants** | |

## O R D E R

AND NOW, this 28th day of October, 2002, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Plaintiff's Motion for Recusal is DENIED.

CHRISTOPHER C. CONNER
United States District Judge