**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>    Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION; PAUL REVERE LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE COMPANY<br>    Defendants | JUDGE CONNER<br><br>JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
OCT 29 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**PLAINTIFF'S MOTION TO BRING TO THE COURT'S
ATTENTION RECENTLY-FILED AFFIDAVIT IN
SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Vincenzo Mazzamuto, by and through counsel, Richard C. Angino, Angino & Rovner, P.C., moves Your Honorable Court to accept as part of the record for consideration in the outstanding cross summary judgment motions Plaintiff's counsel's October 29, 2002, filing of Plaintiff's counsel's Affidavit with "day in the life" film and supporting documentation with respect to outstanding cross motions for summary judgment.

Respectfully submitted,

ANGINO & ROVNER, P.C.

_____
Richard C. Angino, Esquire
I.D. No. 07140
Joan L. Stehulak, Esquire
I.D. No. 29496
4503 N. Front Street
Harrisburg, PA 17110
(717) 238-6791
Attorney for Plaintiff

Date: 10/29/02

252718.1\RCA\SC

## CERTIFICATE OF SERVICE

I, Richard C. Angino, Esquire, hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO BRING TO THE COURT'S ATTENTION RECENTLY-FILED AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was served by United States first-class mail, postage prepaid, upon the following:

E. Thomas Henefer, Esquire
Stevens & Lee
111 North Sixth Street
P. O. Box 679
Reading, PA  19603-0679
    Counsel for Paul Revere Life Insurance Company and New York Life Insurance Company

                                                                                   Richard C. Angino

Dated: 10/29/02

252718.1\RCA\SC