ORIGINAL

FILED
HARRISBURG, PA

NOV 1 9 2002

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>    Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION; PAUL REVERE LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE COMPANY<br>    Defendants | JUDGE CONNER<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO REOPEN DISCOVERY, FILE AN AMENDED COMPLAINT, AND EXTEND DEADLINES**

The Court has before it various motions and briefs in support of Plaintiff's Motion to Permit the Filing of Supplemental Expert Reports. These motions and briefs deal with the unfolding investigation of Paul Revere's and UNUMProvident's potentially unfair and/or fraudulent insurance practices. Plaintiff's counsel references and adopts the logic and reasoning in the previously-filed briefs.

The Third Circuit has consistently required the extension of deadlines so long as the opposing party is not "prejudiced." See, Plaintiff's Brief filed on October 21, 2002, in support of Plaintiff's Motion to Permit Supplemental Expert Report.

As things now stand, this case is scheduled to come to trial in March of 2003. Reopening discovery until April 1, 2003, and extending the other deadlines will probably not delay the trial of this case by more than six months. In light of the June 26, 2001, Complaint filing date, this case is a relatively recent filing. Whether recent or not, justice requires that discovery be reopened and deadlines extended.

                                              Respectfully submitted,

                                              ANGINO & ROVNER, P.C.

                                              Richard C. Angino, Esquire
                                              I.D. No. 07140
                                              Joan L. Stehulak, Esquire
                                              I.D. No. 29496
                                              4503 N. Front Street
                                              Harrisburg, PA 17110
                                              (717) 238-6791
Date: 11/19/02                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Richard C. Angino, Esquire, hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO REOPEN DISCOVERY, FILE AN AMENDED COMPLAINT, AND EXTEND DEADLINES** was served by United States first-class mail, postage prepaid, upon the following:

E. Thomas Henefer, Esquire
Stevens & Lee
111 North Sixth Street
P. O. Box 679
Reading, PA 19603-0679
    Counsel for Paul Revere Life Insurance Company and New York Life Insurance Company

_____
Richard C. Angino

Dated: 11/19/02