IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO, | : Civil Action No. 1:CV-01-1157 |
| Plaintiff, | : Judge Connor |
| v. | : |
| UNUM PROVIDENT CORPORATION, PAUL REVERE LIFE INSURANCE COMPANY, and NEW YORK LIFE INSURANCE COMPANY, | : |
| Defendants. | : |



## ORDER

AND NOW, this 10th day of December 2002 upon consideration of Defendants' Motion to Submit Supplemental Expert Report and to use such report in support of Defendants' Motion for Summary and Plaintiff's concurrence thereto, it is hereby ordered that Defendants are allowed to submit a supplemental expert report and to use such report in support of Defendants' Motion for Summary Judgment.

BY THE COURT:

_____ J.