UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION; PAUL REVERE LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE COMPANY<br>Defendants | JUDGE CONNER<br><br>JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
DEC 1 0 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR
PERMISSION TO SUBMIT SUPPLEMENTAL EXPERT REPORT AND
TO USE SUCH REPORT IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Plaintiff does not object to Defendants' Motion and suggests to the Court that the Court consider Defendants' Supplemental Expert Report as well as Plaintiff's Supplemental Expert Reports in ruling on Defendants' and Plaintiff's Motions for Summary Judgment, as well as setting the parameters for expert testimony to be given at trial.

Respectfully submitted,

ANGINO & ROVNER, P.C.

_____
Richard C. Angino, Esquire
I.D. No. 07140
4503 N. Front Street
Harrisburg, PA 17110
(717) 238-6791
Attorney for Plaintiff

Date: 12/10/02

254326.1\RCA\SC

## CERTIFICATE OF SERVICE

I, Richard C. Angino, Esquire, hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR PERMISSION TO SUBMIT SUPPLEMENTAL EXPERT REPORT AND TO USE SUCH REPORT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was served by United States first-class mail, postage prepaid, upon the following:

E. Thomas Henefer, Esquire
Stevens & Lee
111 North Sixth Street
P. O. Box 679
Reading, PA 19603-0679
    Counsel for Paul Revere Life Insurance Company and New York Life Insurance Company

_____
Richard C. Angino

Dated: 12/10/02

254326.1\RCA\SC