ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-01-1157 |
| | : | |
| v. | : | |
| | : | |
| UNUM PROVIDENT | : | JUDGE CONNER |
| CORPORATION, et al., | : | |
| Defendants | : | |

FILED
HARRISBURG, PA

JAN 1 5 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## DEFENDANTS' MOTION TO STRIKE AFFIDAVIT
## OF PLAINTIFF'S COUNSEL RICHARD C. ANGINO

Pursuant to Fed. R. Civ. P. 56(e), Defendants, UNUM Provident

Corporation, Paul Revere Life Insurance Company and New York Life Insurance

Company ("Defendants") hereby move to strike the Affidavit of Plaintiff's

Counsel, Richard C. Angino (hereinafter "Angino Affidavit"). As explained in the

accompanying Memorandum of Law in support of this motion, which is

incorporated herein in its entirety, the Angino Affidavit and Exhibit should be

stricken from the record because they fail to meet the requirements of

1

Fed. R. Civ. P. 56(e).

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law in support of this motion, which is incorporated herein in its entirety, Defendants respectfully request that the Court grant their motion and strike plaintiff's affidavit

Dated: January 10, 2003          STEVENS & LEE

By  E. Thomas Henefer
    E. Thomas Henefer
    Attorney I.D. No. 55773
    111 North Sixth Street
    P.O. Box 679
    Reading, Pennsylvania  19603
    (610) 478-2000

    Attorneys for Defendants

SL1 3 9526v1/10305.060

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

Pursuant to Local Rule 7.1 I, E. Thomas Henefer, certify that

opposing counsel does not concur in the foregoing motion.

E. Thomas Henefer

Date:  January 10, 2003

SL1 319526v1/10305.060

## **CERTIFICATE OF SERVICE**

I, E THOMAS HENEFER, ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing Motion to Strike upon the following counsel of record, by first class mail, postage prepaid, addressed as follows:

Richard C. Angino, Esquire
4503 North Front Street
Harrisburg, PA  17110-1708

E. Thomas Henefer

Date:  January 10, 2003

SL1 319526v1/10305.060