IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO,<br>Plaintiffs | : | NO. 1:01-CV-1157 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| UNUM PROVIDENT CORPORATION,<br>PAUL REVERE LIFE INSURANCE<br>COMPANY and NEW YORK LIFE<br>INSURANCE COMPANY,<br>Defendants | : | |

FILED
HARRISBURG, PA

JAN 23 2003

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

## ORDER

AND NOW, this 23rd day of January, 2003, upon review of the court's trial calendar, it is hereby ORDERED that the following revisions to the pretrial/trial schedule shall apply to this case:

1. Pretrial memoranda shall be filed on or before **12:00 p.m. on Wednesday, April 16, 2003**.

2. Joint jury instructions with objections **and** proposed voir dire questions are due on or before **Wednesday, April 16, 2003**.

3. The final pretrial conference shall be held on **Wednesday, April 23, 2003 at 11:00 a.m.**, in Courtroom No. 2, Ninth Floor, Federal Building, Harrisburg, Pennsylvania.

4. Trial in this case shall take place during the **May 2003** trial term, with jury selection commencing on **Monday, May 5, 2003, at 9:30 a.m.**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

5. Prior to the commencement of trial, counsel shall submit three (3) complete exhibit lists and two (2) complete sets of exhibits for the court's use, in addition to the original which will be offered into evidence.

BY THE COURT:

CHRISTOPHER C. CONNER
United States District Judge