FILED
HARRISBURG, PA
JAN 27 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO, <br> Plaintiff, <br><br> v. <br><br> UNUM PROVIDENT CORPORATION; PAUL REVERE LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE COMPANY <br> Defendants | CIVIL ACTION – LAW <br><br> NO. 1:CV-01-1157 <br><br> JUDGE CONNER <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
FOR LEAVE REQUESTING LEAVE TO FILE SUR-REPLY BRIEF**

Plaintiff does not object to Defendants filing a sur-reply brief so long as the Court considers Plaintiff's Brief opposing Defendants' Motion to Strike as being applicable to the issues raised by Defendants in their sur-reply brief.

Respectfully submitted,

ANGINO & ROVNER, P.C.

Richard C. Angino, Esquire
I.D. No. 07140
4503 N. Front Street
Harrisburg, PA 17110
(717) 238-6791
Attorney for Plaintiff

Date: 1/27/03

## CERTIFICATE OF SERVICE

I, Richard C. Angino, Esquire, hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE REQUESTING LEAVE TO FILE SUR-REPLY BRIEF** was served by United States first-class mail, postage prepaid, upon the following:

E. Thomas Henefer, Esquire
Stevens & Lee
111 North Sixth Street
P. O. Box 679
Reading, PA 19603-0679
    Counsel for Paul Revere Life Insurance Company and New York Life Insurance Company

Dated: 1/27/03

                                          Richard C. Angino