*# 101*

*2/7/03*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VINCENZO MAZZAMUTO,                      :    CASE NO. 1:01-CV-1157

    Plaintiff                            :

           v.                       :    (Judge Conner)

                     :

UNUM PROVIDENT CORPORATION;  :
PAUL REVERE LIFE INSURANCE        :
COMPANY; NEW YORK LIFE            :
INSURANCE COMPANY,                       :

    Defendants                           :

**FILED**
HARRISBURG, PA

FEB 07 2003

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

## ORDER

AND NOW, this 7th day of February, 2003, it is hereby ORDERED that:

1. Defendants' motion in limine (Doc. 18) will be GRANTED in part and DENIED in part in accordance with the accompanying memorandum.

2. Plaintiff's motion to extend the time for filing expert reports (Doc. 31) is DISMISSED as moot.

3. Plaintiff's motion to permit a supplemental expert report (Doc. 59) is DENIED.

4. Plaintiff's motion to bring to the court's attention recently filed affidavit (Doc. 68) is GRANTED.

5. Plaintiff's motion to supplement the record (Doc. 76) is deemed WITHDRAWN.

6. Plaintiff's motion to add additional authority (Doc. 77) is deemed WITHDRAWN.

7. Plaintiff's second motion to supplement the record (Doc. 78) is deemed WITHDRAWN.

CHRISTOPHER C. CONNER
United States District Judge