IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO,<br>Plaintiff | : | NO. 1:01-CV-1157 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| UNUM PROVIDENT CORPORATION,<br>PAUL REVERE LIFE INSURANCE<br>COMPANY and NEW YORK LIFE<br>INSURANCE COMPANY,<br>Defendants | : | |

FILED
HARRISBURG, PA
MAR 13 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

AND NOW, this 13TH day of March, 2003, upon review of the court's calendar, it is hereby ORDERED that the date and time of the final pretrial conference scheduled to be held in this matter, on Wednesday, April 23, 2003, at 11:00 a.m., shall be **rescheduled to take place at 10:00 a.m. on Tuesday, April 29, 2003**. All other deadlines and instructions noted in this court's scheduling order of January 23, 2003 (Doc. 96) shall remain the same.

BY THE COURT:

_____
CHRISTOPHER C. CONNER
United States District Judge