IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-01-1157 |
| | : | |
| v. | : | |
| | : | |
| UNUM PROVIDENT CORPORATION, | : | JUDGE CONNOR |
| et al., | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
MAR 17 2003
MARY E. _____
Per _____

## DEFENDANTS' MOTION IN LIMINE

Defendants UNUM Provident Corporation, Paul Revere Life Insurance Company and New York Life Insurance Company ("Defendants") hereby move this Court in Limine to exclude the testimony of plaintiff's witnesses who were untimely disclosed to Defendants.

Defendants' motion should be granted because the individuals were not identified in Plaintiff's initial disclosure, discovery is closed, and their testimony under these circumstances would be unduly prejudicial to Defendants.

WHEREFORE, for the reasons set forth above and in the accompanying

1

Memorandum of Law, Defendants respectfully request this Court to grant their Motion in Limine.

Dated: March 14, 2003

STEVENS & LEE

By *E. Thomas Henefer* (signature)
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
(610) 478-2000

Attorneys for Defendants UNUM Provident Corporation, Paul Revere Insurance Company, and New York Life Insurance Company

## CERTIFICATE OF NON-CONCURRENCE

Pursuant to Local Rule 7.1, I certify that Plaintiff does not concur in the foregoing motion.

_____
E. Thomas Henefer

Date: March 14, 2003

## CERTIFICATE OF SERVICE

I, E. Thomas Henefer, Esquire, certify that on this date, I served a certified true and correct copy of the foregoing Motion and Memorandum of Law upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

        Richard C. Angino, Esquire
        4503 North Front Street
        Harrisburg, PA 17110-1708

        _____
        E. Thomas Henefer

Date: March 14, 2003