IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-01-1157 |
| | : | |
| v. | : | |
| | : | |
| UNUM PROVIDENT CORPORATION, | : | JUDGE CONNOR |
| et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendants' motion in limine to exclude the testimony of untimely identified witnesses, and Plaintiff's response thereto, IT IS HEREBY ORDERED that Defendants' motion is GRANTED and the following witnesses are prohibited from testifying at trial:

1. Antonio Mazzamuto
2. Francesco Mazzamuto
3. Antonia Tripoli
4. Pam Hagerich
5. Vincenzo Randazzo

6. James Marshall
7. Angelo Mazzamuto
8. Ted Kosenske, M.D.
9. Salvatore Ferrigno

BY THE COURT:

_____
J.