# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-01-1157 |
| | : | |
| v. | : | |
| | : | |
| UNUMPROVIDENT | : | JUDGE CONNER |
| CORPORATION, et al., | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration

of Plaintiff's Motion For Reconsideration of the Court's Summary Judgment Order

and Defendants' response thereto, IT IS HEREBY ORDERED that Plaintiff's

motion is DENIED.

BY THE COURT:

_____

J.