# STEVENS & LEE
A PROFESSIONAL CORPORATION
111 North Sixth Street
P. O. Box 679
Reading, PA 19603-0679
(610) 478-2000  Fax (610) 376-5610
www.stevenslee.com

Direct Dial:   (610) 478-2223
Email:         eth@stevenslee.com
Direct Fax:    (610) 988-0803

April 10, 2003

**VIA FEDERAL EXPRESS**

Honorable Christopher C. Conner
United States District Court for
the Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

FILED
HARRISBURG, PA

APR 1 4 2003

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

Re:   **Mazzamuto v. UNUMProvident Corporation, et al;**
      **Civil Action No. 1:CV-01-1157**

Dear Judge Conner:

We represent the defendants in the above-referenced matter.

Pursuant to Local Rule 16.2, this letter is to respectfully request that the representative of the defendants with settlement authority be permitted to participate in the pretrial conference scheduled for April 29, 2003 via telephone. This individual resides and works in Massachusetts. A proposed order is enclosed for your consideration in this regard.

Thank you for your kind attention to this matter.

Respectfully submitted,

STEVENS & LEE

E. Thomas Henefer

ETH:adq
Enclosure
cc:   Richard C. Angino, Esquire (w/encl.)

• Cherry Hill    • Harrisburg    • Lancaster    • Lehigh Valley    • Philadelphia
    • Reading        • Scranton        • Valley Forge    • Wilkes-Barre    • Wilmington

04/10/03/SL1 343966v1/10305.060