IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO, | : CIVIL ACTION |
| Plaintiff, | : NO. 1:CV-01-1157 |
| | : |
| v. | : |
| | : |
| UNUM PROVIDENT | : JUDGE CONNER |
| CORPORATION, et al., | : |
| Defendants | : |

FILED
HARRISBURG, PA
APR 1 4 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

AND NOW, this 14th day of April, 2003, upon consideration of Defendants' Request Pursuant to Local Rule 16.2 to allow a representative of the Defendants with settlement authority to participate in the pretrial conference scheduled for April 29, 2003 via telephone, IT IS HEREBY ORDERED that Defendants' request is GRANTED.

BY THE COURT,

_____
J.