UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>     Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION;<br>PAUL REVERE LIFE INSURANCE<br>COMPANY; and NEW YORK LIFE<br>INSURANCE COMPANY<br>     Defendants | JUDGE KANE<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' PROPOSED TRIAL EXHIBIT LIST
## PURSUANT TO F.R.C.P. 26(a)(3)

| | EXHIBIT | DATE | I.D. |
|---|---|---|---|
| 1 | New York Life Disability Policy #H3 236 167 | 6/28/93 | |
| 2 | letter from Mr. Mazzamuto to New York Life Ins. Co. | 3/29/97 | |
| 3 | 1996 Application for Disability Benefits Claim File | | |
| 4 | UNUM 2000 Application for Disability Benefits Claim File | Nov.2000 | |
| 5 | Occupational Description | Jan 2001 | |
| 6 | Unum claim denial letter | 4/20/01 | |
| 7 | Paul Revere Life Insurance Company claim file as to Policy #H3 236 167 | | |
| 8 | New York Life Insurance Company claim file as to Policy #H3 236 167 | | |
| 9 | New York Life memo and letters | March/April 1997 | NYL CL 158,159, 151,152, 210,211 |
| 10 | memo and explanation of benefits | April 1997 | NYL CL 216,217 |
| 11 | UnumProvident Claims Manual | | |
| 12 | New York Life Insurance Policy #44-904-932 | | |
| 13 | documents regarding New York Life Ins.Policy #44 904 932 | | |
| 14 | Rider – Disability Waiver of Premium | | |
| 15 | waiver of premiums letter (Policy #44 904 932) | 6/14/02 | |
| 16 | re-approval letter for Waiver of Premium Disability Benefits | 8/15/02 | |
| 17 | Social Security Disability documents | | |
| 18 | Social Security Claims Questionnaire | April 2001 | |
| 19 | Report of Stanley Schneider, EDD | 7/13/01 | |

250538.1\RCA\GAB

| | | | |
|---|---|---|---|
| 20 | Report of Dr. Bower for Social Security | 4/16/02 | |
| 21 | Social Security Administration Decision | 7/25/02 | |
| 22 | medical records of Carlisle Hospital Pain Control Clinic | | |
| 23 | medical records of Douglas Bower, M.D. | | |
| 24 | 11/3/00 report of Douglas Bower, MD | 11/3/00 | |
| 25 | Physician Monthly Progress Reports | | |
| 26 | Defendant expert Dr. Robert Steinman report | 6/27/02 | |
| 27 | Defendant expert Dr. Abram Hostetter report | 6/28/02 | |
| 28 | National Underwriter article "Doctor's Suit Asserts UnumProvident had policy of denying claims" | 7/29/02 | |
| 29 | McSharry v. UnumProvident complaint | | |
| 30 | videotaped deposition transcript of Patrick Fergal McSharry | | |
| 31 | deposition transcript of Melissa Mulry | | |
| 32 | deposition transcript of John W. Fogarty | | |
| 33 | deposition transcript of John Clarke, M.D. | | |
| 34 | videotaped deposition transcript of Douglas Bower, M.D. | | |
| 35 | deposition transcript of Gerarda Mazzamuto | | |
| 36 | deposition transcript of Vincenzo Mazzamuto | | |
| 37 | deposition exhibits | | |
| 38 | any discovery documents exchanged by the parties | | |
| 39 | Day in the Life of Mr. Mazamuto videotape | 10/25/02 | |
| 40 | CBS 60 Minutes segment on UNUMProvident | 11/17/02 | |
| 41 | Annual reports of Defendants | | |
| 42 | Any exhibits used by Defendant | | |

Plaintiff reserves the right to supplement.

250538.1\RCA\GAB