UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>    Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION;<br>PAUL REVERE LIFE INSURANCE<br>COMPANY; and NEW YORK LIFE<br>INSURANCE COMPANY<br>    Defendants | JUDGE KANE<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' TRIAL WITNESS LIST
PURSUANT TO F.R.C.P. 26(a)(3)**

**Fact Witnesses**

Plaintiff Vincenzo Mazzamuto
501 Limestone Road
Carlisle, PA  17013

Gerarda Mazzamuto
501 Limestone Road
Carlisle, PA  17013

Melissa Mulry
18 Chestnut Street
Worcester, MA
UnumProvident employee

John Clarke, M.D.
Unum consultant

John W. Fogarty
18 Chestnut Street
Worcester, MA (UnumProvident employee)

Antonino Mazzamuto
501 Limestone Road
Carlisle, PA  17013

Francesco Mazzamuto
501 Limestone Road
Carlisle, PA  17013

Angelo Mazzamuto
Indiana University of Pennsylvania
c/o 501 Limestone Road
Carlisle, PA  17013

Antonia Tripoli
22 Carlisle Street
New Bloomfield, PA  17068

Pam Hagerich
432 Limestone Road
Carlisle, PA  17013

Vincenzo Randazzo
52 East Penn Street
Carlisle, PA  17013

James S. Marshall
1003 Forge Road
Carlisle, PA  17013

Therese A. Sindelar
New York Life
PO Box 6916
Cleveland, OH 44101

Salvatore Ferrigno
3993 Huntington Pike, Suite 105
Huntington Valley, Pennsylvania 19006
(215-938-0572)

**Expert Witnesses**

Gordon K. Rose, CLU, ChFC
735 Virginia Rail
Kiawah Island, SC 29455

Douglas Bower, M.D.
Masland Associates
220 Wilson St, Suite 109
Carlisle, PA 17103

Stanley E. Schneider, Ed.D.
412 Erford Rd.
Camp Hill, PA 17011
(Social Security Disability exam)

Patrick Fergal McSharry
(former Unum employee)

Robert C. Steinman, M.D. **(as on cross)**
Defendant expert

Abram Hostetter, M.D. **(as on cross)**
Defendant expert

Ted Kasenske, M.D.
The Pain Management Clinic
  of Carlisle Hospital
5 Sprint Drive
Carlisle, PA  17013

## Depositions Pursuant to F.R.C.P. 26(a)(3)(B)

Patrick Fergal McSharry
(former Unum employee)

Douglas Bower, M.D.
Masland Associates
220 Wilson St, Suite 109
Carlisle, PA 17103

Plaintiffs reserve the right to supplement this list.

                                       Respectfully submitted,

                                       ANGINO & ROVNER, P.C.

                                       ____s/Richard C. Angino_____
                                       Richard C. Angino, Esquire
                                       I.D. No. 07140
                                       4503 N. Front Street
                                       Harrisburg, PA  17110
                                       (717) 238-6791
                                       Attorney for Plaintiff

Date:  April 16, 2003