M.   SPECIAL VERDICT QUESTIONS

Was Mr. Mazzamuto able to do the substantial and material duties of his regular job after his heart attack in July 2000?

Yes _____        No _____

Damages awarded

$_____