**CERTIFICATE OF SERVICE**

      I, Richard C. Angino, Esquire, hereby certify that a true and correct copy of the foregoing Plaintiff's Pretrial Memorandum, Plaintiff's Exhibit List, Plaintiff's Witness, Plaintiff's Points for Charge, and Plaintiff's Voir Dire were served by United States first-class mail, postage prepaid, upon the following:

E. Thomas Henefer, Esquire
Stevens & Lee
111 North Sixth Street
P. O. Box 679
Reading, PA  19603-0679
      Counsel for Paul Revere Life Insurance Company and New York Life Insurance Company

                                                       s/Richard C. Angino

Dated:  April 16, 2003