# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VINCENZO MAZZAMUTO,      :   CIVIL ACTION
      Plaintiff,          :   NO. 1:CV-01-1157
                    :
    v.                 :
                    :
UNUM PROVIDENT      :   JUDGE CONNOR
CORPORATION, et al.,    :
      Defendants    :

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendants' Motion for Leave to File A Supplemental Brief and Plaintiff's response thereto, IT IS HEREBY ORDERED that Defendants Motion is GRANTED.

BY THE COURT,

_____
                              J.