**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VINCENZO MAZZAMUTO,** | : | **CIVIL ACTION NO. 1:01-CV-1157** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **UNUM PROVIDENT CORPORATION, PAUL REVERE LIFE INSURANCE COMPANY; NEW YORK LIFE INSURANCE COMPANY,** | : : : : | |
| | : | |
| **Defendants** | : | |

**O R D E R**

AND NOW, this 28th day of April, 2003, upon consideration of the court's calendar, it is hereby ORDERED that trial in this matter is postponed.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge