IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CASE NO. 1:01-CV-1157 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| UNUM PROVIDENT CORPORATION; PAUL REVERE LIFE INSURANCE COMPANY; NEW YORK LIFE INSURANCE COMPANY, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 6th day of May, 2003, upon consideration of the following motions: 1) defendants' motion in limine to exclude certain evidence from trial (Doc. 47); 2) defendants' motion in limine to bifurcate the trial (Doc. 49); 3) plaintiff's motion in limine to prohibit introduction of evidence concerning plaintiff's stock trading (Doc. 52); 4) plaintiff's motion to reopen discovery, amend complaint, and extend deadlines (Doc. 74); 5) defendants' motion to file sur reply brief (Doc. 92); 5) defendants' motion to strike affidavit of plaintiff's counsel, Mr. Richard C. Angino (Doc. 94); 6) plaintiff's motion for reconsideration of the court's Order dated February 7, 2003 (Doc. 104); 7) plaintiff's motion for reconsideration of the court's Order dated March 17, 2003 (Doc. 121); 8) plaintiff's motion to file an amended complaint (Doc. 105); and 9) defendants' motion for leave to file supplemental brief in opposition to plaintiff's motions for leave to amend the complaint and for reconsideration of summary judgment order (Doc. 142), it is hereby ORDERED that:

1. Defendants' motion in limine to exclude evidence at trial (Doc. 47) is GRANTED with respect to the testimony of Dr. McSharry.

2. Defendants' motion in limine to exclude evidence at trial (Doc. 47) is DENIED with respect to the testimony of Dr. Schneider.

3. Defendants' motion in limine to exclude evidence at trial (Doc. 47) is GRANTED with respect to correspondence between counsel.

4. Defendants' motion in limine to exclude evidence at trial (Doc. 47) is DENIED with respect to the Social Security Administration disability determination.

5. Defendants' motion in limine to exclude evidence at trial (Doc. 47) is DENIED with respect to the waiver of life insurance premiums.

6. Defendants' motion in limine to bifurcate the trial (Doc. 50) is DISMISSED as moot.

7. Plaintiff's motion in limine to exclude all evidence regarding Mr. Mazzamuto's stock trading (Doc. 52) is DENIED.

8. Plaintiff's motion to reopen discovery, file an amended complaint, and extend deadlines (Doc. 74) is DENIED.

9. Defendants' motion requesting leave of court to file sur reply brief (Doc. 92) is DISMISSED as moot.

10. Defendants' motion to strike affidavit of plaintiff's counsel Richard C. Angino (Doc. 94) is GRANTED.

11. Plaintiff's motion for reconsideration of the court's Order dated February 7, 2003 (Doc. 101) is DENIED.

12. Plaintiff's motion for reconsideration of the court's Order dated March 17, 2003 (Doc. 121) is DENIED.

13. Plaintiff's petition to file an amended complaint (Doc. 105) is DENIED.

14. Defendants' motion for leave to file supplemental brief in opposition to plaintiff's motions for leave to amend the complaint and for reconsideration of summary judgment order (Doc. 142) is DISMISSED as moot.

                                             S/ Christopher C. Conner
                                             CHRISTOPHER C. CONNER
                                             United States District Judge