IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENZO MAZZAMUTO,** | : | NO. 1:01-CV-1157 |
| **Plaintiffs** | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **UNUM PROVIDENT CORPORATION,** | : | |
| **PAUL REVERE LIFE INSURANCE** | : | |
| **COMPANY and NEW YORK LIFE** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendants** | : | |
| | : | |

## ORDER

AND NOW, this 13th day of May, 2003, following a telephone conference with counsel of record, it is hereby ORDERED that trial in this case has been rescheduled to shall take place during the **August 2003** trial term, with jury selection commencing on **Monday, August 11, 2003, at 9:30 a.m.**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. It is further ORDERED that the final pretrial conference has been rescheduled to **Wednesday, July 16, 2003, at 3:00 p.m.**, also in Courtroom No. 2.

BY THE COURT:

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge