# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENZO MAZZAMUTO,** | : | NO. 1:01-CV-1157 |
| Plaintiffs | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **UNUM PROVIDENT CORPORATION,** | : | |
| **PAUL REVERE LIFE INSURANCE** | : | |
| **COMPANY and NEW YORK LIFE** | : | |
| **INSURANCE COMPANY,** | : | |
| Defendants | : | |
| | : | |

## ORDER

AND NOW, this 29th day of May, 2003, upon review of the court's calendar, it is hereby ORDERED that the date and time for jury selection and trial in this matter is **rescheduled** from Monday, August 11, 2003 to **Tuesday, August 12, 2003 at 9:30 a.m.** All other deadlines and instructions noted in this court's scheduling order dated May 13, 2003 shall remain the same.

BY THE COURT:

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge