UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>  Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION; PAUL REVERE LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE COMPANY<br>  Defendants | JUDGE CONNER<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF CONCURRENCE/NONCONCURRENCE**

I, Joan L. Stehulak, Esquire, contacted E. Thomas Henefer, Esquire, counsel for Defendants in this action by telephone to discuss the filing of Plaintiff's MOTION FOR RECONSIDERATION OF THE COURT'S DECISION PRECLUDING EXPERT TESTIMONY OF GORDON K. ROSE, DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT, AND GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIM FOR BAD FAITH DAMAGES to ascertain whether Mr. Henefer would concur in the motion, but Mr. Henefer was unavailable. As of the time of this filing, Mr. Henefer has not returned the phone call.

                                                s/Joan L. Stehulak
                                                Joan L. Stehulak, Esquire
                                                I.D. No. 29496

Dated: June 24, 2003