**FILED**
HARRISBURG, PA

JUL 0 9 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>    Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION;<br>PAUL REVERE LIFE INSURANCE<br>COMPANY; and NEW YORK LIFE<br>INSURANCE COMPANY<br>    Defendants | JUDGE CONNER<br><br>JURY TRIAL DEMANDED |

# ATTACHMENT TO
# SECOND SUPPLEMENT TO MOTION FOR
# RECONSIDERATION OF THE COURT'S DECISION
# PRECLUDING EXPERT TESTIMONY OF
# GORDON K. ROSE, DENYING
# PLAINTIFF'S MOTION TO AMEND
# COMPLAINT, AND GRANTING
# DEFENDANTS' MOTION TO DISMISS
# PLAINTIFF'S CLAIM FOR
# BAD FAITH DAMAGES FILED JUNE 24, 2003