UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
**HARRISBURG, PA**

**JUL 1 0 2003**

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>        Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM    PROVIDENT    CORPORATION;<br>PAUL    REVERE    LIFE    INSURANCE<br>COMPANY;   and   NEW   YORK   LIFE<br>INSURANCE COMPANY<br>        Defendants | JUDGE CONNER<br><br>JURY TRIAL DEMANDED |

**ATTACHMENT TO**
**THIRD SUPPLEMENT TO MOTION FOR RECONSIDERATION OF THE COURT'S**
**DECISION PRECLUDING EXPERT TESTIMONY OF GORDON K. ROSE, DENYING**
**PLAINTIFF'S MOTION TO AMEND COMPLAINT, AND GRANTING**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIM FOR**
**BAD FAITH DAMAGES FILED JUNE 24, 2003**