# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-01-1157 |
| | : | |
| v. | : | |
| | : | |
| UNUM PROVIDENT | : | JUDGE CONNER |
| CORPORATION, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this ___ day of _____, 2003, upon consideration of plaintiff's motion for reconsideration and defendant's response thereto, IT IS HEREBY ORDERED that plaintiff's motion is DENIED.

                                        BY THE COURT:

                                        _____
                                                    J.