UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>    Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION; PAUL REVERE LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE COMPANY<br>    Defendants | JUDGE CONNER<br><br>JURY TRIAL DEMANDED |

**FIFTH SUPPLEMENT TO MOTION FOR RECONSIDERATION OF THE COURT'S DECISION PRECLUDING EXPERT TESTIMONY OF GORDON K. ROSE, DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT, AND GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIM FOR BAD FAITH DAMAGES FILED JUNE 24, 2003**

This Fifth Supplement is being filed as further support of Plaintiff's Motion for Reconsideration which was filed on June 24, 2003. In support thereof, attached is <u>W.V. Realty Inc. v. Northern Insurance Company of New York</u>, 2003 U.S. App. LEXIS 13182, filed June 27, 2003.

        Respectfully submitted,

        ANGINO & ROVNER, P.C.


             s/ Richard C. Angino
        Richard C. Angino, Esquire
        I.D. No. PA07140
        Joan L. Stehulak, Esquire
        I.D. No. PA29496
        4503 N. Front Street
        Harrisburg, PA  17110
        (717) 238-6791
        Attorney for Plaintiff

Date:  7/14/03

263243.1\RCA\SC

## CERTIFICATE OF SERVICE

I, Richard C. Angino, Esquire, hereby certify that a true and correct copy of the foregoing **FIFTH SUPPLEMENT TO MOTION FOR RECONSIDERATION OF THE COURT'S DECISION PRECLUDING EXPERT TESTIMONY OF GORDON K. ROSE, DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT, AND GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIM FOR BAD FAITH DAMAGES FILED JUNE 24, 2003** was served by UPS overnight mail upon the following:

E. Thomas Henefer, Esquire
Stevens & Lee
111 North Sixth Street
P. O. Box 679
Reading, PA  19603-0679
    Counsel for Paul Revere Life Insurance Company and New York Life Insurance Company

                                           s/Richard C. Angino
                                           Richard C. Angino

Dated:  7/14/03

263243.1\RCA\SC