# ORIGINAL

FILED
HARRISBURG, PA

JUL 1 4 2003

MARY E. D'ANDREA, CLERK
Per_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-01-1157 |
| | : | |
| v. | : | |
| | : | |
| UNUMPROVIDENT | : | JUDGE CONNER |
| CORPORATION, et al., | : | |
| Defendants | : | |

**DEFENDANTS' MOTION FOR RECONSIDERATION OF
THE COURT'S DECISION TO ADMIT EVIDENCE OF THE
SOCIAL SECURITY ADMINISTRATION'S DETERMINATION
OF DISABILITY OR, IN THE ALTERNATIVE, CONSOLIDATION
AND EXPEDITED REVIEW OF DEFENDANTS' RELATED
<u>ACTION AGAINST THE SOCIAL SECURITY ADMINISTRATION</u>**

Defendants UNUMProvident Corporation, Paul Revere Life Insurance

Company and New York Life Insurance Company ("Defendants") hereby move for

(1) reconsideration of the Court's decision to admit evidence of the Social Security

Administration's ("SSA") determination of disability; or (2) in the alternative,

consolidation and expedited resolution of Defendants' related action against the

SSA ("SSA Action") seeking judicial review of the SSA's adverse decision

1

regarding the testimony of Administrative Law Judge Edward T. Morriss, and a temporary stay of the Mazzamuto civil action.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law, Defendants respectfully request this Court to grant their motion for reconsideration, or alternatively to consolidate and expedite review of the SSA action and stay the proceedings in the Mazzamuto civil action.

Dated: July 14, 2003

STEVENS & LEE

By _____
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania  19603
(610) 478-2000

Attorneys for Defendants UNUM Provident
Corporation, Paul Revere Insurance Company,
and New York Life Insurance Company

## CERTIFICATE OF SERVICE

I, E. Thomas Henefer, Esquire, certify that on this date, I served a

certified true and correct copy of the foregoing Motion upon the following counsel

of record, by hand delivery to the following address:

> Richard C. Angino, Esquire
> 4503 North Front Street
> Harrisburg, PA 17110-1708

and by first class mail to:

> Social Security Administration
> Office of the Regional Chief Counsel
> Office of the General Counsel
> Attn: Amy Nalence, Esquire
> P.O. Box 41777, 6th Floor
> Philadelphia, Pa 19101

E. Thomas Henefer

Date: July 14, 2003

## CERTIFICATE OF NON-CONCURRENCE

I, E. Thomas Henefer, Esquire certify pursuant to Local Rule 7.1 that

plaintiff's counsel does not concur in the foregoing motion.


E. Thomas Henefer

Dated: July 14, 2003

## CERTIFICATE OF SERVICE

I, E. Thomas Henefer, Esquire, certify that on this date, I served a

certified true and correct copy of the foregoing Proposed Order and Proposed

Alternative Order upon the following counsel of record, by hand delivery to the

following address:

> Richard C. Angino, Esquire
> 4503 North Front Street
> Harrisburg, PA  17110-1708

and by first class mail to:

> Social Security Administration
> Office of the Regional Chief Counsel
> Office of the General Counsel
> Attn: Amy Nalence, Esquire
> P.O. Box 41777, 6th Floor
> Philadelphia, Pa  19101

E. Thomas Henefer

Date: July 14, 2003