# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-01-1157 |
| | : | |
| v. | : | |
| | : | |
| UNUM PROVIDENT | : | JUDGE CONNER |
| CORPORATION, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendants' motion for reconsideration and memorandum of law in support, and Plaintiff's response thereto, IT IS HEREBY ORDERED that Defendants' motion is granted and the evidence of the Social Security Administration's disability determination is excluded from trial.

BY THE COURT:

_____
                                                    J.