# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VINCENZO MAZZAMUTO,           :    CIVIL ACTION
                 Plaintiff,   :    NO. 1:CV-01-1157
                              :
        v.                    :
                              :
UNUM PROVIDENT               :    JUDGE CONNER
CORPORATION, et al.,         :
                 Defendants   :

## (PROPOSED ALTERNATIVE) ORDER

AND NOW, this _____ day of _____, 2003, upon consideration

of Defendants' motion for reconsideration and memorandum of law in support, and

Plaintiff's response thereto, IT IS HEREBY ORDERED that Defendants' motion is

granted and this action is consolidated with UNUMProvident Corp., et al., v.

Social Sec. Admin., No. 03-____ for expedited review of the Agency's decision to

preclude the testimony of Administrative Law Judge Edward T. Morriss, and the

remaining proceedings in this action are stayed until further order from this Court.

BY THE COURT:

_____
                                                              J.