# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-01-1157 |
| | : | |
| v. | : | |
| | : | |
| UNUM PROVIDENT | : | JUDGE CONNER |
| CORPORATION, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this \_\_\_\_\_ day of _____, 2003, upon consideration

of Defendants' motion in limine and Plaintiff's response thereto, IT IS HEREBY

ORDERED that Defendants' motion is granted and that the evidence of the waiver

of life insurance premiums by New York Life Insurance Company is excluded

from trial.

BY THE COURT:

_____
                                                        J.