**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VINCENZO MAZZAMUTO,** : | **CASE NO. 1:01-CV-1157** |
| Plaintiff : | |
| : | **(Judge Conner)** |
| v. : | |
| **UNUM PROVIDENT CORPORATION;** : | |
| **PAUL REVERE LIFE INSURANCE** : | |
| **COMPANY; NEW YORK LIFE** : | |
| **INSURANCE COMPANY,** : | |
| Defendants : | |

**O R D E R**

AND NOW, this 15th day of July, 2003, upon consideration of the following motions: plaintiff's motion for reconsideration (Doc. 151); plaintiff's supplemental motion for reconsideration of decision precluding expert testimony (Doc. 153); plaintiff's second motion to supplement motion for reconsideration (Doc. 154); plaintiff's third motion to supplement motion for reconsideration (Doc. 156); plaintiff's fourth motion to supplement motion for reconsideration (Doc. 159); and plaintiff's fifth motion to supplement motion for reconsideration (Doc. 160), it is hereby ORDERED that:

1. Plaintiff's second motion to supplement motion for reconsideration (Doc. 154) is GRANTED.

2. Plaintiff's third motion to supplement motion for reconsideration (Doc. 156) is GRANTED.

3. Plaintiff's fourth motion to supplement motion for reconsideration (Doc. 159) is GRANTED.

4. Plaintiff's fifth motion to supplement motion for reconsideration (Doc. 160) is GRANTED.

5. Plaintiff's motion for reconsideration (Doc. 151) is DENIED.

6. Plaintiff's supplemental motion for reconsideration of decision precluding expert testimony (Doc. 153) is DENIED.

7. The court will not entertain any motions for reconsideration of this order. The court will automatically strike any such motions.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge