**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VINCENZO MAZZAMUTO,** | : | **CIVIL ACTION NO. 1:01-CV-1157** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **UNUM PROVIDENT CORPORATION, PAUL REVERE LIFE INSURANCE COMPANY; NEW YORK LIFE INSURANCE COMPANY,** | : | |
| **Defendants** | : | |

**O R D E R**

AND NOW, this 15th day of July, 2003, plaintiff is hereby ORDERED to file his responses to defendants' motion in limine addressing *ex-parte* communications by plaintiff's counsel (Doc. 165) and defendants' motion for reconsideration of court's decision to admit evidence of the Social Security Administration's determination of disability (Doc. 162) on or before Monday, July 28, 2003. If necessary, reply briefs must be filed on or before August 6, 2003.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge