*none to ~*

# ORIGINAL



FILED

JUL 1 5 2003

PER

HARRISBURG, PA.        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VINCENZO MAZZAMUTO,  :  CIVIL ACTION
          Plaintiff,  :  NO. 1:CV-01-1157
                     :
     v.  :
                     :
UNUM/PROVIDENT  :  JUDGE CONNER
CORPORATION, et al.,  :
          Defendants  :

## DEFENDANTS' MOTION IN LIMINE REGARDING
## EXPANDED SCOPE OF TESTIMONY BY DR. SCHNEIDER

Defendants UNUMProvident Corporation, Paul Revere Life Insurance

Company and New York Life Insurance Company ("Defendants") hereby move in

limine to exclude the testimony of Dr. Schneider from trial to the extent it exceeds

the scope of the July 2001 psychological evaluation report as limited by the Court's

May 6, 2003 Order.

Defendants' motion should be granted for the reasons set forth in

Defendants' Memorandum of Law in Support of this motion, which is incorporated

herein in its entirety.

1

WHEREFORE, for the reasons set forth above and in the

accompanying Memorandum of Law, Defendants respectfully request this Court to

grant their motion in limine.

Dated: July 15, 2003         STEVENS & LEE

                       By E. Thomas Heacter

                       E. Thomas Heacter
                       Attorney I.D. No. 55773
                       Kirk L. Wolgemuth
                       Attorney I.D. No. 45792
                       111 North Sixth Street
                       P.O. Box 679
                       Reading, Pennsylvania  19603
                       (610) 478-2000

                       Attorneys for Defendants UNUM Provident
                       Corporation, Paul Revere Insurance Company,
                       and New York Life Insurance Company

## CERTIFICATE OF NON-CONCURRENCE

I, E. Thomas Henefer, Esquire certify pursuant to Local Rule 7.1 that

plaintiff's counsel does not concur in the foregoing motion.

E. Thomas Henefer

Dated: July 15, 2003

## CERTIFICATE OF SERVICE

I, E. Thomas Henefer, Esquire, certify that on this date, I served a

certified true and correct copy of the foregoing Motion upon the following counsel

of record, by hand delivery to:

Richard C. Angino, Esquire
4503 North Front Street
Harrisburg, PA  17110-1708

E. Thomas Henefer

Date: July 15, 2003