# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENZO MAZZAMUTO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-01-1157 |
| | : | |
| v. | : | |
| | : | |
| UNUM/PROVIDENT | : | JUDGE CONNER |
| CORPORATION, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration

of Defendants' motion in limine and Plaintiff's response thereto, IT IS HEREBY

ORDERED that Defendants' motion is granted and the testimony of Dr. Schneider

is excluded from trial to the extent it exceeds the scope of the July 2001

psychological evaluation report.

BY THE COURT:

_____

                                                                    J.