UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENZO MAZZAMUTO,<br>     Plaintiff, | CIVIL ACTION – LAW |
| v. | NO. 1:CV-01-1157 |
| UNUM PROVIDENT CORPORATION; PAUL REVERE LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE COMPANY<br>     Defendants | JUDGE CONNER<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S THIRD SUPPLEMENTAL PRETRIAL MEMORANDUM**

**B.     A summary statement of facts and contentions as to liability.**

Alternative theory of recovery:

Mr. Maxzzamuto purchased "residual disability" as a supplementary benefit rider. The residual disability definition is different than the total disability definition.

(a) Is not able to do one or more of the substantial and material duties of his or her regular job; or (b) directly and apart from any other cause has a loss of income as defined in this rider of at least 20%.

Mr. Mazzamuto has not had any "income" since July 2000.

Respectfully submitted,

ANGINO & ROVNER, P.C.

                                              s/Richard C. Angino
                                    Richard C. Angino, Esquire
                                    I.D. No. A07140
                                    Joan L. Stehulak, Esquire
                                    I.D. No. A29496
                                    4503 N. Front Street
                                    Harrisburg, PA  17110
                                    (717) 238-6791
                                    Attorney for Plaintiff

Date:  July 16, 2003

## CERTIFICATE OF SERVICE

     I, Richard C. Angino, Esquire, hereby certify that a true and correct copy of the foregoing Plaintiff's Third Supplemental Pre-Trial Memorandum was personally served upon Thomas Henefer, Esquire, defense counsel, at the pre-trial conference on July 16, 2003.

defense counsel  
E. Thomas Henefer, Esquire  
Stevens & Lee  
111 North Sixth Street  
P. O. Box 679  
Reading, PA  19603-0679  
     Counsel for Paul Revere Life Insurance Company and New York Life Insurance Company

                                                  s/Richard C. Angino  
                                                  Richard C. Angino

Dated: July 16, 2003